# AFFIDAVIT

State of West Virginia

County of Kanawha, to wit:

I, Matthew C. Barger, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal for the Southern District of West Virginia and have been employed as a Deputy United States Marshal for approximately 7 years. One of my primary duties with the United States Marshals Service is the enforcement and execution of federal arrest warrants for the Southern District of West Virginia. My duties also include assisting other agencies and departments with the enforcement and execution of state and local warrants.

2. This affidavit is made in support of a criminal complaint against defendant DIMITRIS MALONE, for a violation of Title 18, United States Code, Section 1073.

3. The information contained in this Affidavit is known to me personally or through information provided to me by other law enforcement officers.

4. On January 14, 2016, the Charleston Police Department obtained a felony warrant in Kanawha County Magistrate Court charging MALONE with violating West Virginia Code ' 61-2-1 (first degree murder).

5. The complaint filed in support of that warrant alleges that on January 14, 2016, MALONE fatally shot the victim, Nathan Chaney, multiple times and left him lying in the parking lot area of Dooley Lane in Charleston, West Virginia, with at least one gunshot wound to the head.

6. Recently, one of Nathan Chaney's family members stated that MALONE is currently "hiding out" in Rutland, Vermont. According to Mr. Chaney's family member,

MALONE is living in Vermont with a woman with whom he is having a relationship, and their infant child. One of MALONE's former romantic partners confirmed with Mr. Chaney's family member that MALONE has an ongoing relationship with that woman in Vermont.

7. Therefore, your affiant has probable cause to believe and does believe that defendant DIMITRIS MALONE did violate the provisions of Title 18, United States Code, Section 1073, and that he has now traveled outside the state of West Virginia in interstate commerce to avoid prosecution.

Further, your affiant sayeth naught.

_____
Matthew C. Barger
Deputy United States Marshal

Subscribed and sworn to before me this 6th day of August, 2020.

_____
Honorable Dwane L. Tinsley
United States Magistrate Judge